UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>SPEIDELL, et al.,<br><br>            Defendants. | No. 1:16-cv-01335-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 25) |

Plaintiff Charles B. Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2018, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations, recommending that this action proceed on plaintiff's retaliation claims against defendants R. Speidell and M. Stewart, and that all other claims and defendants be dismissed. (Doc. No. 25.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one days after service. (*Id.* at 13.) On June 11, 2018, plaintiff filed objections. (Doc. No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's

objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

In his objections, plaintiff appears to misapprehend the scope of the recommendation set forth in the findings and recommendations and, therefore, generally restates the allegations of his complaint and contends that he has stated a claim for relief. Contrary to plaintiff's statement, the assigned magistrate judge has not recommended dismissal of all of plaintiff's claims. (*See* Doc. No. 26 at 1.) Accordingly, plaintiff's objections do not call the findings and recommendations into question, and the court will adopt them in full.

Accordingly,

1. The findings and recommendations issued on May 23, 2018 (Doc. No. 25) are adopted in full;
2. This action shall proceed on the claim in plaintiff's second amended complaint (Doc. No. 21) against defendants R. Speidell and M. Stewart for retaliation in violation of the First Amendment;
3. All other claims and defendants are dismissed; and
4. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **November 27, 2018**

UNITED STATES DISTRICT JUDGE