# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES, <br><br> Plaintiff, <br><br> v. <br><br> R. SPEIDELL, ET AL., <br><br> Defendant. | Case No.: 1:16-cv-01335-DAD-JLT (PC) <br><br> NOTICE AND ORDER THAT INMATE, CHARLES B. JONES, CDC #AH-8091, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter concluded on April 23, 2019. Plaintiff inmate Charles B. Jones, CDC #AH-8091, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is DISCHARGED.

IT IS SO ORDERED.

Dated: __April 23, 2019__          __/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE

1