## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES,<br><br>                    Plaintiff,<br><br>v.<br><br>R. SPEIDELL, et al.,<br><br>                    Defendants. | Case No. 1:16-cv-01335-DAD-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF CHARLES JONES, CDCR NO. AH8091**<br><br>DATE: FEBRUARY 1, 2021<br>TIME:  1:30 P.M. |

Charles B. Jones, CDCR No. AH8091, a necessary participant in a trial confirmation hearing on FEBRUARY 1, 2021, is confined at California State Prison, Corcoran, in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate before District Judge Dale A. Drozd, U.S. District Court, Eastern District of California, by telephonic conference on FEBRUARY 1, 2021, at 1:30 P.M.

### ACCORDINGLY, THE COURT ORDERS:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by telephonic conference, to participate in court proceedings before District Judge Dale A. Drozd on the date and time above, until completion of the proceedings or as ordered by the court. Conference call information will be provided to defendants' counsel.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California State Prison, Corcoran**

**WE COMMAND** you to produce the inmate named above, by telephonic conference, to testify before Judge Drozd in court proceedings on the date and time above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **January 5, 2021**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE